Case 4:21-cv-00716   Document 42   Filed on 03/16/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 16, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SONIA E. TREVINO, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-00716 |
| HUMBLE INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

The Court orders that Plaintiff Sonia E. Trevino take nothing on any and all claims she has against Defendant Humble Independent School District. These claims are dismissed. Finding that there is no just reason for delay, the Court hereby enters a final judgment in favor of Defendant.

Signed at Houston, Texas, this 16th day of March, 2022.

Andrew S. Hanen
United States District Judge